#### 18094. BUNKLEY *v.* THE STATE.

BROYLES, C. J. The accused was convicted of unlawfully shooting at another, and of carrying a pistol without a license (the two cases, by consent, having been tried together). The verdict in each case was amply authorized by the evidence; and in the light of the facts of the case and the entire charge of the court, there was no harmful error, either of commission or omission, in the excerpts from the charge as complained of in the motion for a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 14, 1927.

Shooting at another; from Pike superior court—Judge Searcy. March 12, 1927.

*Bunn & Trawick,* for plaintiff in error.

*E. M. Owen, solicitor-general,* contra.

Assault and Battery, 5 C. J. p. 791, n. 24.
Criminal Law, 16 C. J. p. 1049, n. 82; p. 1050, n. 84; p. 1149, n. 91, 92.
Weapons, 40 Cyc. p. 861, n. 82.